HAROLD HUGGINS (PRO PER)
13337 South St., 416
Cerritos, CA 90703
Phone: 562-396-4375
Email: SACV13.00723@gmail.com
Facsimile: 877-459-7907

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HUGGINS,<br><br>        Plaintiff,<br><br>v.<br><br>GEORGE COHN, ESQ., ATLANTIC CREDIT & FINANCE, INC., and CAPITAL ONE, NATIONAL ASSOCIATION.<br><br>        Defendants | CASE NO. SACV13-00723 JFW (RNB)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Harold Huggins, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit: (1) from an **Order Denying Plaintiff's Second Motion for Reconsideration** entered in this action on the 11th day of June, 2014 (2) from an **Order Denying Plaintiff's Ex Parte Application for an Extension of Time to File Appeal** [i.e., Order Granting Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to FRCP 12(b)(6) in this action on the 4th day of April, 2014] entered in this action on the 8th day of July, 2014 (3) **Order Denying Plaintiff's Ex Parte Motions** [i.e., Pursuant to Fed. R. Civ. P. 60(b), Ex Parte Motion for relief predicated on a final administrative determination by the U.S. Consumer Financial Protection Bureau, Submission No. 140620-001210 (June 26, 2014); Pursuant to Fed. R. App. P. 3(b)(2), Ex Parte Motion to consolidate the named case with *The Council for Education v. Commissioner of Internal Revenue*, Docket No. 14-70825] entered in this action on the 8th day of July, 2014.

DATED: July 9, 2014

By: _____
HAROLD HUGGINS (Pro Per)

## PROOF OF SERVICE

I have notified counsel that this application would be presented at this time and place.

On July 9, 2014, I served the foregoing document described as on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope and addressed as follows:

George L. Cohn
Attorney at Law
2850 Artesia Boulevard
Suite 201
Redondo Beach, CA 90278

I, Harold Huggins, declare under penalty of perjury under the laws of the State of California that the foregoing is true.

DATED: July 9, 2014

By: *Harold Huggins*
HAROLD R. HUGGINS