

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213)894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714)338-4750

**TERRY NAFISI**
District Court Executive and
Clerk of Court

7/24/14

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951)328-4450

Harold Huggins
13337 South Street , 416
Cerritos, CA 90703

Case Number:   SA CV 13-723-JFW (RNBx)

Case title:   Harold Huggins -v- George Cohn, Esq., et al.

To Counsel/Parties of Record

Your request to appeal in Forma Pauperis has been denied in the Court indicated below:

☐ U.S. District Court
☒ U.S. Court of Appeals

Please remit the $5.00 filing fee and the $500.00 docket fee to the U.S. District Court. Please remit one cashier's check, certified bank check, business or corporate check, or money order drawn on a major American bank or the United States Postal Service payable to *Clerk, U.S. District Court* in the amount of $505.00. The Clerk's Office will also accept credit cards (Mastercard/Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

Sincerely,

Clerk, U.S. District Court

By   Martha Torres  213 894 3570

Deputy Clerk

**Note**: *If Forma Pauperis has been denied in the U.S. District Court, you may apply to the U.S. Court of Appeals or submit the required fees.*